**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 14, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
201 West 14th St., Room 106
Austin, TX 78701

Re:     Cause No. 13-14-00308-CR
Tr.Ct.No. 10CR2815-F
Style:     Cipriano Gonzalez v. The State of Texas

The record in the above cause was this day electronically submitted to the Court of Criminal Appeals.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch

cc:     Hon. Jose Longoria (DELIVERED VIA E-MAIL)
Hon. Mark Skurka (DELIVERED VIA E-MAIL)
Hon. Douglas K. Norman (DELIVERED VIA E-MAIL)
Hon. Randall E. Pretzer (DELIVERED VIA E-MAIL)
Hon. Anne Lorentzen (DELIVERED VIA E-MAIL)